## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, *et al.* [1] | ) | Case No.: 13-22702 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Donald R. Cassling |
| | ) | |
| Parkland Properties, LLC, | ) | |
| Parkland III, LLC | ) | |
| | ) | Adv. Case No: 14-00039 |
| v. | ) | |
| | ) | |
| Bridgeview Bank Group | ) | |
| | ) | |

## CONSENT JUDGMENT ORDER

This case coming before the Court on the Debtor's Complaint to Avoid Preferential Transfers, due notice having been given and the Court having fully considered the pleadings and any evidence presented, the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. Judgment in favor of the Debtor is granted and entered as set forth herein;

2. All liens or attachments in connection with the judgment entered in the Circuit Court of Cook County in favor of Bridgeview Bank Group and against Parkland III, LLC on or about May 10, 2013 are hereby deemed a preference under 11 U.S.C. § 547(b) and are avoided as to Parkland Properties, LLC and Parkland III, LLC; and

---

[1] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II, LLC (Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); Parkland V, LLC (Case No. 13-27098) and Parkland VI, LLC (Case No. 13-26811).

3.      All parties hereto shall be responsible for their respective attorneys' fees and costs, and no interest is to be paid to the Debtor.

**AGREED AND ACKNOWLEDGED:**

| PARKLAND PROPERTIES, LLC | BRIDGEVIEW BANK GROUP |
|---|---|
| By: /s/ Michael V. Ohlman | By: /s/ Douglas J. Lipke |
| Michael V. Ohlman | Douglas J. Lipke, Esq. |
| Michael V. Ohlman, P.C. | Vedder Price P.C. |
| 308 West Erie, Suite 300 | 222 North LaSalle Street, Suite 2600 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| Telephone: (312) 626-2275 | Telephone: (312) 609-7500 |
|  | Facsimile: (312) 609-5005 |

Dated: February 24, 2014

ENTER: /s/ Donald R. Cassling
_____
United States Bankruptcy Judge

2